# PD-0957-15

CAUSE NO. ________
APPEAL NO. 11-12-00352-CR
TRIAL NO. D-37,921

| LEROY FLORES ALANIZ | § | IN THE COURT OF |
| | § | |
| vs. | § | CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS

### APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
### TO FILE PETITION FOR DISRECTIONARY REVIEW

JUL 27 2015

TO THE HONORABLE COURT AND JUDGES THEREOF:

Abel Acosta, Clerk

COMES NOW, Leroy Flores Alaniz, Appellant pro se, and requests a 60-day extension of the time period for filing petition for discretionary review. In support thereof, Appellant will show the following:

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

### I.

Appellant was convicted in the 358th District Court of Ector County, Texas, on November 1, 2012, and timely appeal was filed.

### II.

The Eleventh Court of Appeals issued its opinion affirming the conviction on July 9, 2015.

### III.

Appellant's request is not made to delay the administration of justice but to allow the pro se layman adequate time to have fair opportunity in a meaningful way to present to the Court a proper petition for discretionary review and research grounds that have merit as the appellant is also currently awaiting attorney-client files related to the direct appeal and trial court in transit via standard mail.

IV.

No previous order granting extension of the deadline for filing petition for discretionary review has been entered in this case.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays the honorable Court grants the relief requested herein and extends the deadline for filing petition for discretionary review up to and including October 9, 2015.

UNSWORN DECLARATION

I, Leroy Flores Alaniz, TDCJ No. 1826767, being currently incarcerated at the French M. Robertson Unit of the Texas Department of Criminal Justice-Correctional Institutions Division, located in Jones County, Texas, hereby declare under penalty of perjury that the foregoing is true and correct, and placed in the outgoing prison mailbox on this the __24__ day of __July__ _____, 2015, to be mailed U.S. Mail, first-class postage prepaid, addressed to:

COURT OF CRIMINAL APPEALS
c/o Abel Acosta, Clerk
P.O. Box 12308, Capitol Station
Austin, TX 78711

Executed on this the __24__ day of __July__, 2015.

_____
Leroy F. Alaniz #1826767
French M. Robertson Unit
12071 FM 3522
Abilene, TX 79601

Appellant, pro se